```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK

--------------------------------X   Docket#
UNITED STATES OF AMERICA,       :   04-cr-140(FB)
                                :
    - versus -                  :   U.S. Courthouse
                                :   Brooklyn, New York
GERARDO FLORES CARRETO,         :
              Defendant         :   March 2, 2006
--------------------------------X
```

TRANSCRIPT OF CRIMINAL CAUSE FOR SENTENCING
BEFORE THE HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:        Roslynn R. Mauskopf, Esq.
                           United States Attorney

                      BY:  Monica Ryan, Esq.
                           Hillary Axum, Esq.
                           Assistant U.S. Attorney
                           One Pierrepont Plaza
                           Brooklyn, New York  11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 0 1 2007 ★

**BROOKLYN OFFICE**

For Defendant J. Carreto:   Roy Kulcsar, Esq.

For Defendant G. Carreto:   Michael Musa-Obregon, Esq.

Official Transcriber:       Rosalie Lombardi
                                L.F.

Transcription Service:      Transcription Plus II
                            821 Whittier Avenue
                            New Hyde Park, N.Y.  11040
                            (516) 358-7352

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

**Proceedings**

1   THE CLERK: Criminal Cause for Sentencing,
2   United States of America v. Jose Carreto and Gerardo
3   Carreto.
4   At this time, I would ask the previously sworn
5   court certified Spanish interpreter, if you could state
6   your appearance for the record.
7   THE INTERPRETER: Rosa Olivera.
8   (INTERPRETER PREVIOUSLY SWORN)
9   THE CLERK: And I would ask counsel if you
10  could please state your appearances for the record.
11  MS. RYAN: Monica Ryan for the United States.
12  MS. AXUM: And Hillary Axum (phonetic) for the
13  United States, your Honor.
14  Good morning.
15  MR. KULCSAR: Roy Kulcsar for Jose Carreto.
16  Good morning, your Honor.
17  MR. Musa-OBREGON: Your Honor, on behalf of
18  Gerardo Carreto, Michael Musa-Obregon.
19  Good morning, your Honor.
20  THE COURT: Now we're here to talk about we're
21  going to be completing this sentence or when we are going
22  to be completing the sentence. Actually, we haven't even
23  started the sentence. And I know I have requests for
24  adjournments which I am going to grant and we will fix a
25  date for the sentence. And apparently, in consultation

Transcription Plus II        Rosalie Lombardi

3

**Proceedings**

1  with the lawyers, there's an agreement that you wish the
2  Court to adjourn the sentencing to some date in April.
3  Which date is that, Mr Inelli?
4          THE CLERK: After consulting with counsel, we
5  all agreed on April 27 at 11 a.m.
6          THE COURT: That will be the sentencing date.
7          Now it's good to be here today because since
8  the defendants are facing considerable amount of time, we
9  want to make sure that the record is going to be complete
10 well in advance of the adjourn date. At the present
11 time, I have no submissions from defendant's counsel and
12 do you plan to make submissions? Let's hear first from
13 Mr. Kulcsar.
14         MR. KULCSAR: Your Honor, we have agreed on a
15 tentative submission schedule. As your Honor knows, at
16 the time that the plea was taken, I was not counsel for –
17 –
            THE COURT: Just answer my question.
18
            MR. KULCSAR: Okay.
19
            THE COURT: Do you plan to make any submissions
20
21 on behalf of your client to the Court for sentencing
22 purposes; yes or no?
            MR. KULCSAR: Yes.
23
            THE COURT: Yes. The answer is yes. The
24
25 answer is yes for you, as well --

Transcription Plus II                    Rosalie Lombardi

4

Proceedings

1    MR. MUSA-OBREGON: Yes, extensively,
2 your Honor.
3    THE COURT: -- Senor Musa-Obregon?
4    MR. MUSA-OBREGON: Yes, I plan to.
5    THE COURT: Now obviously if these submissions
6 are going to be made a day or two before the date for
7 sentencing, it's going to be difficult for the Court to
8 bring them proper attention as well as for the
9 government. So we should fix a date now when those
10 submissions are going to be made. And I would think that
11 at least ten days prior to the sentencing -- may be two
12 weeks prior, so the government has an ample opportunity
13 to respond. So two weeks prior to the date of sentencing
14 would bring us to what date, Mr. Inelli? April what?
15    MS. RYAN: Two weeks before the date is April
16 13, Judge.
17    THE COURT: April 13. What day is that?
18    MS. RYAN: That's a Thursday.
19    THE COURT: All right. April 13, I am to be in
20 receipt of whatever submissions you have. And the
21 government can respond by the following week. I suspect
22 that would be sufficient time for you. That will be by
23 April 20.
24    MS. RYAN: That's fine. Thank you, Judge.
25    THE COURT: Now while we are here, can you give

Transcription Plus II                    Rosalie Lombardi

Proceedings

1  me a little bit of a preview of what it is you plan to
2  submit? Are you going to oppose any of the calculations
3  in the presentence report? And are you going to request
4  a hearing in respect to any of those calculations? Do
5  you have any thoughts on that now; Mr. Kulcsar, first
6  you? First you, Mr. Kulcsar.
7           MR. KULCSAR: Oh.
8           THE COURT: First you.
9           MR. KULCSAR: Your Honor, the reason I was
10 addressing Mr. Ryan, I just received the -- obtained the
11 minutes from the sentencing yesterday and I've discussed
12 with Ms. Ryan -- because the enhancements that are --
13          THE COURT: You never got the sentencing -- you
14 never got the presentence report --
15          MR. KULCSAR: I have the presentence report --
16          THE COURT: -- until yesterday?
17          MR. KULCSAR: -- so I know what the
18 enhancements are but the question was whether or not they
19 were covered by the allocution. So that's --
20          THE COURT: Well I don't know whether the
21 allocution covered every particular aspect of it. I
22 would have to review it. Probably not --
23          MS. RYAN: Your Honor, I can -- if the Court
24 might remember, we had extensive negotiations the morning
25 of the plea with --

Proceedings

6

1   THE COURT: Right.
2   MS. RYAN: -- counsel at the time. And each
3   defendant made fairly lengthy statement that covered what
4   the government deemed would be adequate to support the
5   enhancements that are now in the presentence report.
6   THE COURT: Well I will take a look at it. You
7   don't think that there's any issue of fact that possibly
8   can serve as the basis of the so-called Fatico hearing in
9   light of the allocutions.
10  MS. RYAN: I do not. However, I would like to
11  be advised of that. Obviously, the government would need
12  to have time to prepare for a hearing.
13  THE COURT: All right. Both counsel will
14  forthwith advise the Court by next week whether you
15  believe that a hearing is necessary in respect to any of
16  the calculations. And if you don't take any exception to
17  them, we don't have to spend hours at the time of
18  sentencing going through the many, many, many counts and
19  subcounts, acts, et cetera, et cetera.
20  So advise me of that by next week at this time
21  and then you can make your submissions thereafter under
22  Booker and FanFan of any factors or circumstances under
23  the factors set forth under 3553(a) you wish me to
24  consider in deciding on what a reasonable sentence would
25  be. And then the government can respond to that. Does

Transcription Plus II                Rosalie Lombardi

7

**Proceedings**

1  that about make things clear and simple?  All right.
2  Because I suspect that you are going to advise me, of
3  course, that's for you to determine, that you don't wish
4  to have any factual hearings here and that you do agree
5  with the calculations that are made and that you don't
6  have any issue with the underlying facts that support
7  those calculations.  And I want the answer to that by
8  next week.  Okay?
9          MR. KULCSAR:  And we'll --
10         THE COURT:  If you do take issue, then we'll
11 have to consider whether to have a hearing and, of
12 course, you know, you will advise your clients as to what
13 the pros and cons are of any such hearing; okay?
14         MR. KULCSAR:  Your Honor?
15         THE COURT:  Are we clear now about that?
16         MR. MUSA-OBREGON:  Right.
17         MR. KULCSAR:  Yes.
18         THE COURT:  Go ahead.  What do you wish to say?
19         MR. MUSA-OBREGON:  Might I just have one
20 inquiry?  Based on my conversation with Ms. Ryan, there
21 may -- I believe there may be people testifying at a
22 victim -- for a victim impact statement.
23         THE COURT:  A little louder please, so I can
24 hear you well.
25         MR. KULCSAR:  Yes, sir.  I believe the

Transcription Plus II                    Rosalie Lombardi

8

Proceedings

1  government may seek to have a victim impact statement
2  made live in the next --
3        THE COURT: The victims apparently will be here
4  on April 22.
5        MS. RYAN: Your Honor, it's entirely up to the
6  victims themselves. They have been made as were required
7  to by law, been made aware of the dates that the Court
8  appearances in case --
9        THE COURT: It's up to them whether they'll
10 come.
11       MS. RYAN: -- and if they decide to speak and
12 come, they have that right. But I have that --
13       THE COURT: I have their statements in the
14 presentence report already.
15       MS. RYAN: That's right, Judge.
16       THE COURT: They have a right to orally address
17 the Court. I thought that possibly they could even do
18 that today but apparently the government's preference is
19 to have it all done at the actual date of sentencing.
20       MS. RYAN: That's correct, Judge.
21       THE COURT: All right. Now, what is it that
22 you wish to say?
23       MR. MUSA-OBREGON: Well I wanted to know
24 affirmatively whether they were intending to come or not.
25       THE COURT: You will find out on April 22. The

Transcription Plus II          Rosalie Lombardi

9

Proceedings

1   government has just said that they'll have to make that
2   determination. They haven't made that decision yet. You
3   have their victim impact statement. And I assume that if
4   they come and they want to orally read it or whatever it
5   is, that that's their right to do so.
6               MS. RYAN: Judge, just so the record is clear,
7   based on Mr. Obregon's use of the word testimony, I just
8   want to make sure that the Court --
9               THE COURT: It's not testimony.
10              MS. RYAN: Exactly. The victims are not going
11  to be under oath in answering questions at that time.
12              THE COURT: Of course not. The law gives them
13  the opportunity to speak and they don't have to be placed
14  under oath. What else do you wish to inquire today?
15              MR. MUSA-OBREGON: That was also, your Honor.
16              THE COURT: Mr. Kulcsar, are you clear about
17  everything?
18              MR. KULCSAR: Apparently, your Honor. But I
19  just want to know whether we can fax that letter to the
20  Court.
21              THE COURT: Whether you can what? Wondering
22  what?
23              MR. KULCSAR: The letter about whether or not
24  we're going to have -- the letter that is required next
25  week.

Transcription Plus II                    Rosalie Lombardi

Proceedings

1  THE COURT: I'm sorry, I don't understand you.
2  Can you repeat yourself? You want to know from me about
3  what next week?
4  MR. KULCSAR: You said that we should notify
5  the Court next week --
6  THE COURT: By this time; this is Thursday, by
7  next Thursday. I just have to know whether or not
8  there's any need to have any factual hearings. I suspect
9  the answer will be no but it's for you to make that
10 determination. That's what you are going to advise the
11 Court. All right? And then we will take it from there.
12      Anything else? I just thought it would be
13 useful to have you here because I do plan to go forward
14 with the sentencing on that date. There will be no
15 further adjournments barring extraordinary circumstances.
16 Be prepared; okay? We'll look forward to your
17 submissions. Thank you very much.
18      MS. RYAN: Thank you very much, your Honor.
19      MR. KULCSAR: Thank you, your Honor.
20      THE CLERK: Thank you, counsel.
21      MR. MUSA-OBREGON: Thank you.
22      THE CLERK: April 27 at 11 a.m,. Your
23 submissions by April 13.
24           (Matter concluded)
25                -oOo-

Transcription Plus II                    Rosalie Lombardi